ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
JASWINDER SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00293-AWI |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO SET |
| | ) JURY TRIAL |
| JASWINDER SINGH, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 23, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to vacate the Status Conference on September 23, 2013, at 1:00 p.m. before Judge McAuliffe and set a Trial Confirmation for **October 21, 2013, at 10:00 a.m.** and a Jury Trial for **November 5, 2013, at 8:30 a.m.** and to exclude time between September 11, 2013, and November 5, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. For the purpose of computing time under the Speedy

Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 11, 2013, to November 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from an order granted by the Court at defendant's request.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 11, 2013  */s/ Kimberly A. Sanchez*
Assistant United States Attorney

Dated: September 11, 2013  */s/ Anthony P. Capozzi*
Anthony P. Capozzi
Attorney for
JASWINDER SINGH

## ORDER

**IT IS ORDERED** that the Status Conference currently scheduled for September 23, 2013, at 1:00 p.m. is vacated and a Trial Confirmation is set for **October 21, 2013, at 10:00 a.m.** with a Jury Trial to be held on **November 5, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  September 11, 2013  _____
SENIOR DISTRICT JUDGE